# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: awong | Date Created: 5/6/2013 |
| Case: 12−03057 | Form ID: pdfeoapc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | Carl Alexander Wescott | 853 Ashbury Street | San Francisco, CA 94117 | |
| dft | Monette Rosemarie Stephens | 853 Ashbury Street | San Francisco, CA 94117 | |
| | Sheila Gropper Nelson, Esq. | Law Offices of Sheila Gropper Nelson | 55 Francisco St. 6th Fl. | San Francisco, CA 94133 |

TOTAL: 3