**Signed and Filed: July 5, 2013**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                                  ) Bankruptcy Case
                                       ) No. 12-30143DM
CARL ALEXANDER WESCOTT and             )
MONETTE ROSEMARIE STEPHENS,            ) Chapter 7
                                       )
                          Debtors.     )
_____)
FREDERICK C. FIECHTER,                 ) Adversary Proceeding
                                       ) No. 12-3057DM
                          Plaintiff,   )
                                       )
v.                                     )
                                       )
CARL ALEXANDER WESCOTT and             )
MONETTE ROSEMARIE STEPHENS,            )
                                       )
                          Defendants.  )
_____)
```

ORDER DISMISSING ADVERSARY PROCEEDING

    For the reasons set forth in this court's Order dated May 3, 2013, this adversary proceeding is DISMISSED as moot.

**END OF ORDER**

```
 1                        COURT SERVICE LIST

 2  Carl Alexander Wescott
    853 Ashbury Street
 3  San Francisco, CA 94117

 4  Monette Rosemarie Stephens
    853 Ashbury Street
 5  San Francisco, CA 94117

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                 -2-
```