# Notice Recipients

| District/Off: 0971–3 | User: amalakoot | Date Created: 7/8/2013 |
|---|---|---|
| Case: 12–03057 | Form ID: pdfeoapc | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    Carl Alexander Wescott    853 Ashbury Street    San Francisco, CA 94117
dft    Monette Rosemarie Stephens    853 Ashbury Street    San Francisco, CA 94117

TOTAL: 2