Fiechter,
       Plaintiff                                                      Adv. Proc. No. 12-03057-DM

Wescott,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0971-3          User: amalakoot          Page 1 of 2          Date Rcvd: Jul 08, 2013
                          Form ID: pdfeoapc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2013.
dft          +Carl Alexander Wescott,   853 Ashbury Street,   San Francisco, CA 94117-4418
dft          +Monette Rosemarie Stephens,   853 Ashbury Street,   San Francisco, CA 94117-4418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2013**                       **Signature:**   */s/ Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2013 at the address(es) listed below:
　　　　　Howard L. Hibbard　　on behalf of Defendant Monette Rosemarie Stephens howard@HLHibbardAttorney.com
　　　　　Robert N. Weaver　　on behalf of Plaintiff Frederick C. Fiechter rnweaver@pacbell.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

Signed and Filed: July 5, 2013



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 12-30143DM |
| CARL ALEXANDER WESCOTT and | ) |
| MONETTE ROSEMARIE STEPHENS, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| FREDERICK C. FIECHTER, | ) Adversary Proceeding |
| | ) No. 12-3057DM |
| Plaintiff, | ) |
| v. | ) |
| CARL ALEXANDER WESCOTT and | ) |
| MONETTE ROSEMARIE STEPHENS, | ) |
| Defendants. | ) |

ORDER DISMISSING ADVERSARY PROCEEDING

For the reasons set forth in this court's Order dated May 3, 2013, this adversary proceeding is DISMISSED as moot.

**END OF ORDER**

-1-

COURT SERVICE LIST

Carl Alexander Wescott
853 Ashbury Street
San Francisco, CA 94117

Monette Rosemarie Stephens
853 Ashbury Street
San Francisco, CA 94117

-2-